JS-6

1  DENNIS N. LUECK, JR. (SBN 292414)
   dlueck@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   633 West 5th Street, 47th Floor
3  Los Angeles, CA 90071
   Telephone:  310-680-2800
4  Facsimile:   310-614-7399

5  ELVIN I. TABAH (SBN 286369)
   etabah@hinshawlaw.com
6  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
7  Los Angeles, CA 90025
   Telephone:  310-909-8000
8  Facsimile:   310-909-8001

9
   Attorneys for Defendant NAVIENT SOLUTIONS, LLC
10

11           **UNITED STATES DISTRICT COURT**

12           **CENTRAL DISTRICT OF CALIFORNIA**

13                   **EASTERN DIVISION**

14  Jason Cordero,                 | Case No. **5:18-cv-01118- R-JEM**

15         Plaintiff,               | (Honorable Manuel L. Real, Courtroom "880")

16     vs.

17  Navient Solutions, LLC,         | **ORDER RE STIPULATION AND REQUEST FOR STAY OF PROCEEDINGS PENDING ARBITRATION**

18         Defendant.

24  Complaint Filed:  5/25/18
    Motion Cut-Off:     Not Set
25  Discovery Cut-Off:  Not Set

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

ORDER RE STIPULATION AND REQUEST FOR STAY
Case No. 5:18-cv-01118- R-JEM
302444877v1 1010064

# ORDER

The Court, having reviewed the parties Stipulation And Request For Stay Of Proceedings Pending Arbitration filed August 29, 2018 (Dkt. No. 12) ("Stipulation"), hereby rules and adjudges as follows:

**1)** Pursuant to the parties' Stipulation, this matter is ORDERED to arbitration.

**2)** This matter shall be removed from the Court's active caseload until further application by the parties or Order of this Court. Upon completion of arbitration, counsel shall file a status report within 14 days. All dates set in this action are herby vacated.

**IT IS SO ORDERED.**

Dated: September 4, 2018  _____
Hon. Manuel L. Real
United Stated District Court Judge

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

1
ORDER RE STIPULATION AND REQUEST FOR STAY
Case No. 5:18-cv-01118- R-JEM
302444877v1 1010064