UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVSION

| | |
|---|---|
| Jason Cordero,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Navient Solutions, LLC,<br><br>　　　　Defendant. | Case No.: 5:18-cv-01118-R-JEM<br>**ORDER** |

　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: November 5, 2019

_/s/ Gary Klausner_

HON. R. GARY KLAUSNER